# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ROBERT J. BAUER & PATRICIA L. BAUER               Case Number: 07-71935
         380 COUNCIL TRAIL                                 SSN-xxx-xx-1894 & xxx-xx-0152
         LAKE IN THE HILLS, IL  60156

Case filed on:  8/15/2007
Plan Confirmed on:  11/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,733.50      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
| 027 | PELLETTIERI & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,532.43 | 1,532.43 | 0.00 | 0.00 |
|  | Total Priority | 1,532.43 | 1,532.43 | 0.00 | 0.00 |
| 999 | ROBERT J. BAUER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPT OF REVENUE | 11,486.95 | 1,221.05 | 1,221.05 | 1,009.41 |
| 002 | WELLS FARGO AUTO FINANCE | 17,967.69 | 17,967.69 | 3,362.88 | 2,290.58 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 5,968.38 | 5,968.38 | 0.00 | 0.00 |
|  | Total Secured | 35,423.02 | 25,157.12 | 4,583.93 | 3,299.99 |
| 002 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 1,177.30 | 1,177.30 | 0.00 | 0.00 |
| 006 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIA CARD SERVICES | 741.82 | 741.82 | 0.00 | 0.00 |
| 008 | BARRINGTON SPEC. IN ADULT MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BARRINGTON SPEC. IN ADULT MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 1,206.39 | 1,206.39 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 437.77 | 437.77 | 0.00 | 0.00 |
| 012 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 6,776.30 | 6,776.30 | 0.00 | 0.00 |
| 014 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 4,846.67 | 4,846.67 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 506.68 | 506.68 | 0.00 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 940.37 | 940.37 | 0.00 | 0.00 |
| 020 | CREDITORS BANKRUPTCY SERVICE | 190.34 | 190.34 | 0.00 | 0.00 |
| 021 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | OXMOOR HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SHAHID ILAHI, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SHARYL BALKIN, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SMILE CONCEPTS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | UNIVERSITY NEUROLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LVNV FUNDING LLC | 1,772.59 | 1,772.59 | 0.00 | 0.00 |
|  | Total Unsecured | 18,596.23 | 18,596.23 | 0.00 | 0.00 |
|  | Grand Total: | 59,325.68 | 49,059.78 | 7,583.93 | 3,299.99 |

Total Paid Claimant:     $10,883.92
Trustee Allowance:       $849.58            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00               discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan